FILED
2019 Jan-30 PM 12:49
U.S. DISTRICT COURT
N.D. OF ALABAMA

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### EASTERN DIVISION

| | |
|---|---|
| ANTHONY A. MITCHELL, JR., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No.: 1:18-cv-01162-SGC |
| ) | |
| MADISON JOHNSON, et al., ) | |
| ) | |
| Defendants. ) | |

## ORDER OF PARTIAL DISMISSAL

On January 29, 2019, the plaintiff and defendants Roco Real Estate Jacksonville, LLC; Roco Management, LLC; and RoCo Real Estate, LLC (collectively, the "Roco defendants") filed a joint stipulation of pro tanto dismissal as to the plaintiff's claims against the Roco defendants. (Doc. 21). Accordingly, it is **ORDERED**, **ADJUDGED**, and **DECREED** that, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), all claims against the Roco defendants are **DISMISED WITH PREJUDICE**, each party to bear their own costs. The plaintiff's claims against defendant Madison Johnson remain pending.

**DONE** this 30th day of January, 2019.

*/s/ Staci G. Cornelius*
STACI G. CORNELIUS
U.S. MAGISTRATE JUDGE