# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### EASTERN DIVISION

| | |
|---|---|
| ANTHONY A. MITCHELL, JR., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No.: 1:18-cv-01162-SGC |
| ) | |
| MADISON JOHNSON, ) | |
| ) | |
| Defendant. ) | |

## ORDER OF DISMISSAL

The plaintiff has filed a notice of voluntary dismissal as to defendant Madison Johnson. (Doc. 23). Johnson has responded to the notice, indicating she does not oppose her dismissal from this action. (Doc. 24). The plaintiff and Johnson have clarified they request Johnsons' dismissal to be without prejudice. (Doc. 25). The undersigned construes the foregoing submissions as a stipulation of dismissal pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii). Accordingly, it is **ORDERED, ADJUDGED**, and **DECREED** that, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), all claims against Johnson are **DISMISSED WITHOUT PREJUDICE**, costs taxed as paid. Furthermore, the claims against the other defendants having been dismissed by an order dated January 30, 2019 (Doc. 22), this action is **DISMISSED**.

**DONE** this 18th day of April, 2019.

_/s/ Staci G. Cornelius_
STACI G. CORNELIUS
U.S. MAGISTRATE JUDGE